# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE ANNIKA BEASLEY,

    Debtor,

Bankruptcy Case Number
22-81966-CRJ-7

ANNIKA BEASLEY,

    Plaintiff,

v.

Adversary Proceeding No.
23-80007-CRJ

SELF FINANCIAL, INC.,

    Defendant.

## SECOND JOINT MOTION TO APPROVE COMPROMISE AND SETTLEMENT AND APPLICATION FOR APPROVAL OF ATTORNEY'S FEE

Comes Now, Annika Beasley ("Debtor") with Self Financial, Inc. ("Defendant", and together with the Debtor, the "Movants") and hereby move this Court pursuant to 11 U.S.C. § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure for the entry of an Order approving the compromise and settlement described herein. In support of the Second Joint Motion to Approve Compromise and Settlement, Movants show unto the court as follows.

## JURISDICTION AND PROPOSED NOTICE

1. The Motion is being brought pursuant to 11 U.S.C. § 105 and Rule 9019(a) of the Bankruptcy Rules.
2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).
3. In accordance with Bankruptcy Rules 9019(a) and 2002, the Motion is being served on all parties-in-interest and all parties filing an appearance notice.

## FACTUAL BACKGROUND

4. This adversary proceeding arises from Debtor's allegations that Defendant violated the automatic stay imposed by 11 U.S.C. § 362.

1

5. In this adversary proceeding, Debtor alleges that Defendant violated the Automatic Stay by contacting her in an attempt to collect a prepetition debt after the bankruptcy was commenced.

## NEW PROCEDURES IMPLEMENTED BY THE DEFENDANT TO AVOID FUTURE VIOLATIONS OF THE AUTOMATIC STAY

6. Self Financial, Inc. ("Self") has undertaken a review of its procedures to ensure that all bankruptcy notices are communicated timely to necessary staff, that such notices are processed correctly in Self's systems, and that no actions are taken that may be construed as violations of the automatic stay. In the instant case, the bankruptcy notice was not sent to Self directly; instead, it was sent only to the issuing bank for Ms. Beasley's account and it was not promptly transmitted to Self. Then, automated emails to Ms. Beasley were not properly disabled upon notice of the bankruptcy due to an internal communications error. Self has taken the necessary steps to improve its procedures for disabling automatic emails upon receipt of notice of bankruptcy. Self has also taken steps to ensure that its contact information with the Bankruptcy Notice Center ("BNC") is up to date so that electronic notices from the BNC will be routed to the appropriate personnel, and has engaged with its issuing banks on the prompt transmittal of bankruptcy notices between the banks and Self.
7. Self admits, in the specific circumstances of this case, the internal communications error caused a willful violation of the automatic stay.

## TERMS OF THE PROPOSED SETTLEMENT

8. To resolve the disputed issue of whether a violation of the automatic stay occurred, Plaintiff Annika Beasley and Defendant Self Financial, Inc. agreed to a compromise and settlement of the claim on the terms and conditions set forth herein.
9. The terms of the proposed settlement are as follows:
    a. Defendant shall pay to Debtor's counsel a total of $10,000.00 to settle any and all claims arising from this adversary proceeding.
    b. This amount includes all costs and fees including, but not limited to, Debtor's Attorney's fee;
    c. Pursuant to 11 U.S.C. §362(k)(1), Defendant shall pay to Debtor's counsel a total of $10,000.00 to settle any and all claims arising from this adversary proceeding. Debtor's counsel requests to retain $9,000.00 of the settlement representing 21.9 hours at an hourly rate of $450.00 and 1.9 hours at an hourly rate of $140.00 for the work performed in the preparation and prosecution of the adversary proceeding. Counsel has worked diligently on this case since

January 9, 2023 and will continue to do so until the proceeding closes. Counsel has reduced his fee from $10,121.00 to $9,000.00. The Debtor shall retain $1,000.00 as allowed by her exemptions. Defendant is to disburse the funds to Larsen Law, P.C. within 30 days from the date of the approval order. Larsen Law, P.C. will distribute the funds as set out in this motion.

## **RELIEF REQUESTED**

10. The parties jointly request that this Court approve the settlement that has been reached by Plaintiff Annika Beasley and Defendant Self Financial, Inc. in which the disputed issue of whether a violation of the automatic stay occurred will be resolved as to those parties. The settlement of this claim is a result of good faith, arm's length negotiations between the respective attorneys for the parties and after a thorough review of the merits of the case.
11. Federal Rule of Bankruptcy Procedure 9019 provides that, after conducting a hearing on notice to creditors, the bankruptcy court may approve a compromise and settlement.
12. The settlement proposed in this motion meets the standard for approval under Federal Rule of Bankruptcy Procedure 9019 and is in the best interests of the bankruptcy estate. The settlement was reached after thorough analysis of the merits of the Debtor's claims and the defenses of the Defendant with regard to the claims asserted in the adversary proceeding.

**WHEREFORE**, the Movants ask this Court to enter an order approving the settlement described in this motion.

/s/ *John C. Larsen*_____
John C. Larsen
Attorney for the Debtor/Plaintiff,
Brenda Windham

OF COUNSEL:
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, Alabama 35811
(256) 859-3008
john@jlarsenlaw.com

/s/ *Catherine W. Calderaro*_____
Catherine W. Calderaro
Shannon Hutcheson

3

Counsel for the Defendant
Self Financial, Inc.

OF COUNSEL:
HUTCHESON BOWERS
One Federal Place
1301 South Mopac, Ste. 430
Austin, TX 78746
512.777.4488
catherine@hutchesonbowers.com
shannon@hutchesonbowers.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the mailing matrix and all attorneys of record by electronic notice and/or by depositing a copy thereof in the United States Mail, properly addressed and postage prepaid, on this the 25th day of April, 2023.

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, and Richard Blythe, Bankruptcy Administrator, on this the 25th day of April, 2023.

/s/ *John C. Larsen*

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 22-81966-CRJ7<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Tue Apr  4 14:35:59 CDT 2023 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 |
| AF Title Co<br>6400 Winchester Rd.<br>Memphis, TN 38115-8117 | AT&T<br>c/o Bankruptcy<br>4331 Communications Dr. Flr 4W<br>Dallas, TX 75211-1300 | Acceptance Now<br>5501 Headquarters Dr.<br>Plano, TX 75024-6191 |
| Advance Financial<br>100 Oceanside Dr.<br>Nashville, TN 37204-2351 | Alteon Health<br>12420 Milestone Center Drive, Suite 200<br>Germantown, MD 20876-7111 | Assetcare LLC<br>2222 Texoma Pkwy<br>Ste 180<br>Sherman, TX 75090-2484 |
| Avant LLC/ Webbank<br>222 N. LaSalle St.<br>Ste 160<br>Chicago, IL 60601-1003 | Bridgecrest Auto<br>7300 E Hampton Ave.<br># 101<br>Mesa, AZ 85209-3324 | CB Indigo<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |
| Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Bank<br>P.O Box 30285<br>Salt Lake City, UT 84130-0285 | Charter Communications<br>400 Atlantic St.<br>Stamford, CT 06901-3512 |
| Comenity Bank/ Victoria Secret<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Decatur Morgan Hospital<br>PO Box 2239<br>Decatur, AL 35609-2239 | (p)FAMILY SECURITY CREDIT UNION<br>ATTN ATTN LAURA TERRY<br>2204 FAMILY SECURITY PLACE SW<br>DECATUR AL 35603-5500 |
| Fed Loan Serv<br>P.O. Box 60610<br>Harrisburg, PA 17106-0610 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Franklin Collection Services<br>2978 W Jackson St.<br>Tupelo, MS 38801-6731 |
| Franklin Collection Services<br>PO Box 3910<br>Tupelo, MS 38803-3910 | Huntsville Hospital<br>101 Sivley Rd<br>Huntsville, AL 35801-4470 | IC System Inc<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| Internal Revenue Service<br>P.O Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Medicredit<br>P.O. Box 1629<br>Maryland Heights, MO 63043-0629 |
| NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Quantum3 Group, LLC<br>P.O. Box 2489<br>Kirkland, WA 98083-2489 | Region/AMS<br>P.O. Box 11007<br>Birmingham, AL 35288-0001 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| Republic Finance<br>930 Old Monrovia Rd NW<br>Ste 6<br>Huntsville, AL 35806-2509 | Security Finance<br>2215 Danville Rd.<br>Suite C<br>Decatur, AL 35601-4604 | (p)LEAD BANK<br>1801 MAIN STREET<br>KANSAS CITY MO 64108-2352 |
| TBOM/Milestone<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 | TBOM/VT<br>2700 S Lorraine Pl<br>Sioux Falls, SD 57106-3657 | TOC<br>927 Franklin St<br>Huntsville, AL 35801-4305 |
| Total Credit<br>216 West 2nd St.<br>Dixon, MO 65459-8048 | Upstart Network Inc<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 | Wakefield and Associates, Inc.<br>P.O. Box 51272<br>Knoxville, TN 37950-1272 |
| Weaver Holdings Property<br>1591 Hughes Rd.<br>Madison, AL 35758-6423 | Westlake Financial Services<br>4751 Wilshire Blvd<br>Ste1<br>Los Angeles, CA 90010-3847 | Woodforest National Bank<br>PO Box 7889<br>The Woodlands, TX 77387-7889 |
| Annika Beasley<br>116 Michael Ave. Apt D<br>Madison, AL 35758-7453 | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Judith Thompson<br>P. O. Box 18966<br>Huntsville, AL 35804-8966 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Family Security Credit Union<br>2204 Family Security Pl<br>Decatur, AL 35603 | Jefferson Capital Systems LLC<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | Pnc Bank, N.a.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 |
| Portfolio Recovery Associates<br>120 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates<br>150 Corporate Blvd.<br>Norfolk, VA 23502 | Republic Finance<br>1140 Roma Ave<br>Hammond, LA 70403 |
| Self Financial/ Lead Ba<br>1801 Main St.<br>Kansas City, MO 64108 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AF Title Co., dba American Financial    (d)AF Title Co.                (d)PRA Receivables Management, LLC
                                            6400 Winchester Rd.            PO Box 41021
                                            Memphis, TN 38115-8117         Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50